WAWD (Rev. 2/2018) IFP and Written Consent

# UNITED STATES DISTRICT COURT
## Western District of Washington

Maxwell Kinsley

Plaintiff

vs.

Mike Querof 7/11 Store

Defendant(s)

Case Number: 19-CV-02001JCC

## DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS AND WRITTEN CONSENT FOR PAYMENT OF COSTS

## DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS

I (print your name) Maxwell Kinsley declare I am the plaintiff in this case; I believe I am entitled to relief; and I am unable to pay the costs of this proceeding or give security therefor. The nature of my action is *briefly* stated as follows: racial discrimination violation of civil rights

In support of this application, I answer *all* of the following questions:

\_\_\_\_ FILED \_\_\_\_ ENTERED
\_\_\_\_ LODGED \_\_\_\_ RECEIVED

DEC 09 2019    CA

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

1. Are you presently employed?

☐ Yes   Total amount of net monthly salary (take home pay) $ 197

Name and address of employer DSHS

☐ No   Date of last employment \_\_\_\_\_   Total amount of last net monthly salary $ \_\_\_\_\_

2. If married, is your spouse presently employed? ☐ Not married

☐ Yes   Total amount of spouse's net monthly salary (take home pay) $ 0

Name and address of employer 0

☐ No   Date of spouse's last employment \_\_\_\_\_   Total amount of last net monthly salary $ \_\_\_\_\_

3. For the past twelve months, list the amount of money you and/or your spouse have received from any of the following sources.

a. Business, profession or other self-employment    $ 0

b. Income from rent, interest or dividends    $ \_\_\_\_\_

c. Pensions, annuities or life insurance payments    $ \_\_\_\_\_

d. Disability, unemployment, workers compensation or public assistance    $ \_\_\_\_\_

e. Gifts or inheritances    $ \_\_\_\_\_

f. Money received from child support or alimony    $ \_\_\_\_\_

g. Describe any other source of income \_\_\_\_\_    $ \_\_\_\_\_

4. List the amount for each of the following for you and/or your spouse:

Cash on hand  $ _____     Checking Account $ _____     Savings Account $ _____

5. Do you and/or your spouse own or have any interest in any real estate, stocks, bonds, notes, retirement plans, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? If Yes, describe the property and state its approximate value:

☐ Yes

☐ No     $ _____

6. Are any persons dependent upon you or your spouse for support? If Yes, state their relationship to you or your spouse, and indicate how much is contributed toward their support each month. (Do not include names of minor children. )

☐ Yes

☐ No     $ _____

7. Describe the types of monthly expenses you incur, such as housing, transportation, utilities, loan payments, or other regular monthly expenses and the amount spent each month.

from DSHS foodstamps     $ 192.

8. Provide any other information that will help explain why you cannot pay court fees and costs.

I live in poverty

I declare under penalty of perjury that the foregoing is true and correct.

_____     _____
**Executed on: (Date)** 12/9/19     **Signature of Plaintiff**

## WRITTEN CONSENT FOR PAYMENT OF COSTS UNDER LOCAL RULE CR3(c)

I, (print your name) Maxwell Kinsley

hereby consent that any recovery in damages that I may receive in the above-captioned cause may be reduced, if so directed by the court, in such an amount as is necessary for payment of the unpaid fees and costs which are taxed against me in the course of this litigation.

_____     _____
**Executed on: (Date)** 12/9/19     **Signature of Plaintiff**